UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Lori Robison,

Plaintiff,

vs. ORDER

The Rose Law Firm, P.A.

Defendant. Civ. No. 01-1398 (JRT/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 14th day of August, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's application to proceed _in forma pauperis_.

As a part of that application, the Plaintiff has averred that she is currently employed, and that she takes home approximately $80.00 per week in wages. In addition, the Plaintiff attests that she maintains a banking account with a current balance of approximately $50.00, and that she owns a residence with an approximate value of $62,000.00, but which has an outstanding mortgage of about $50,000.00. The Plaintiff has four dependants, whom she supports, and she further attests that she receives $1,035.00 per month in

FILED AUG 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

child support, and $237.00 per month in Social Security Disability benefits, on behalf of a son. Given these showings, we conclude that the Plaintiff is entitled to appear in forma pauperis, and we direct the Clerk of Court to file her Complaint without the payment of a filing fee, and we direct the United States Marshal Service to serve a Summons and Complaint upon the Defendant without cost to the Plaintiff.

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff's application for in forma pauperis status [Docket No. 2] be GRANTED.

2. That the Clerk of Court is directed to file the Plaintiff's Complaint without cost to her, and to issue a Summons to the United States Marshal Service, which is hereby directed to serve the Summons and Complaint upon the Defendant without any further cost to the Plaintiff.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE