UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Lori Robison,

Plaintiff,

vs.

The Rose Law Firm, P.A., a Minnesota Corporation,

Defendant.

**Civil Action No. 01-CV-1398 JRT/RLE**

**STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorneys fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 3/27/02

By ______________________
Eric L. Crandall (License #189492)
Attorney for Plaintiff
275 South Third Street
Suite 101
Stillwater, MN 55082
(651) 430-8187

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 3/26/02

By ______________________
Michael A. Klutho (License #186302)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: May 1, 2002

By __________________________
John R. Tunheim
Judge of United States District Court